### Annie Pavey v. John H. C. Pavey.

1.   APPELLATE COURT PRACTICE—*Rule 29.*—Where the defendant in error fails to file his brief in compliance with the rules of this court, the decree of the Circuit Court will be reversed and the bill of defendant in error dismissed *pro forma,* under rule 29.

Divorce.—Error to the Circuit Court of Gallatin County; the Hon. EDMUND D. YOUNGBLOOD, Judge presiding.   Heard in this court at the August term, 1902.   Dismissed.   Opinion filed September 11, 1902.

W. R. McKERNON, attorney for plaintiff in error.

No appearance by defendant in error.

MR. JUSTICE WORTHINGTON delivered the opinion of the court.

This was a suit for divorce brought by defendant in error. A decree was rendered in his favor.   The defendant to the

suit brings the case to this court by writ of error, and defendant in error having failed to file his brief, the decree of the Circuit Court is reversed and the bill of defendant in error is dismissed *pro forma*, under rule 29 of this court. An examination of the testimony in the record fails to show any valid reason why rule 29 should not be enforced.